



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**ENTERED**
**11/04/2014**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 14-36193-H5-13 |
| Edward Wayne Rene | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

### ORDER TO EMPLOYER TO PAY CHAPTER 13 TRUSTEE

**ORDERED:**

1.  Texas Southern University, Attn: Garnishments,  3100 Cleburne, Houston, Texas 77004,  is ordered to pay **$655.00 Monthly** out of the income of Edward Wayne Rene to the Chapter 13 Trustee.  Payment shall be made to:

    William E Heitkamp
    PO Box 740
    Memphis, TN 38101

2.  These wage deductions shall continue until further order of this Court.

3.  The Chapter 13 Trustee and the Debtor(s) shall each submit a copy of this order to the employer.

Signed:  November 04, 2014

Karen K. Brown
United States Bankruptcy Judge

/s/Edward Wayne Rene
 Edward Wayne Rene

United States Bankruptcy Court
Southern District of Texas

In re:                                                                    Case No. 14-36193-kkb
Edward Wayne Rene                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4          User: ahar          Page 1 of 1          Date Rcvd: Nov 04, 2014
                             Form ID: pdf005      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2014.
db            +Edward Wayne Rene,    4502 Twin Elm Drive,    Fresno, TX 77545-9535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2014                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2014 at the address(es) listed below:
          Kenneth A Keeling    on behalf of Debtor Edward Wayne Rene
           noticesklf@gmail.com;noticesbkup@gmail.com
          US Trustee      USTPRegion07.HU.ECF@USDOJ.GOV
          William E. Heitkamp    heitkamp@ch13hou.com

                                                                            TOTAL: 3