**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Edward Wayne Rene

**Debtor(s)**

Case No.: 14–36193

Chapter: 13

ENTERED
05/13/2015

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/13/15

_____
KAREN K BROWN
United States Bankruptcy Judge